Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
**SAIBER LLC**
One Gateway Center, Suite 1000
Newark, New Jersey 07102-5311
T: (973) 622-3333
F: (973) 622-3349

William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Joseph T. Jaros
Roy Chamcharas
Matthew V. Anderson
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
T: (312) 222-6301
F: (312) 222-6321
*Attorneys for Defendant Apotex Corp.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCK SHARP & DOHME CORP.,<br><br>                              Plaintiff,<br><br>v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>                              Defendants. | Case No. 15-2384 (PGS) (TJB)<br><br>**NOTICE OF DEFENDANT APOTEX CORP.'S RULE 12(B)(6) MOTION TO DISMISS FOR <u>FAILURE TO STATE A CLAIM</u>**<br><br>*Document Filed Electronically*<br><br>**Return date: August 3, 2015** |

**TO:**     David DeLorenzi
           GIBBONS, P.C.
           One Gateway Center
           Newark, New Jersey 07102
           *Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that on **Monday, August 3, 2015 at 10:00 a.m.**, or as soon

thereafter as counsel may be heard, defendant Apotex Corp. ("Apotex") shall appear before the

Honorable Peter G. Sheridan, United States District Judge, **Clarkson S. Fisher Federal Building & U.S. Courthouse,** 402 East State Street, Trenton, New Jersey 08608, and shall move this Court for an Order dismissing Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Apotex shall rely upon its Brief and the Declaration of Roy Chamcharas, submitted concurrently herewith, any Reply papers to be submitted, and oral argument, if any. A proposed form of Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that oral argument is specifically requested.

    Respectfully submitted,

    **SAIBER LLC**
    *Attorneys for Defendant*
    *Apotex Corp.*

    /s Arnold B. Calmann
    Arnold B. Calmann (abc@saiber.com)
    Jeffrey Soos (js@saiber.com)
    Jakob B. Halpern (jbh@saiber.com)
    **SAIBER LLC**
    One Gateway Center, Suite 1000
    Newark, New Jersey 07102-5311
    T: (973) 622-3333
    F: (973) 622-3349

    William A. Rakoczy
    Paul J. Molino
    Deanne M. Mazzochi
    Joseph T. Jaros
    Roy Chamcharas
    Matthew V. Anderson
    RAKOCZY MOLINO MAZZOCHI SIWIK LLP
    6 West Hubbard Street, Suite 500
    Chicago, Illinois 60654
    T: (312) 222-6301
    F: (312) 222-6321

Dated: June 29, 2015