UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCK SHARP & DOHME CORP.,<br><br>      Plaintiff,<br><br>v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>      Defendants. | Case No. 15-2384 (PGS) (TJB) |

### ORDER OF DISMISSAL

The parties have filed a Stipulation of Dismissal advising the Court that the parties have agreed to dismiss all claims in this action with prejudice. In consideration of this Stipulation, it is hereby ORDERED that:

1. Merck Sharp & Dohme Corp.'s Complaint is dismissed with prejudice.

2. Defendants' Counterclaims are dismissed with prejudice.

3. The Court shall retain jurisdiction over the parties to adjudicate any issues or disputes arising from the settlement.

4. Each party shall bear its own costs, expenses and attorneys' fees.

SO ORDERED this ____ day of _____, 2018.

_____
HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE